UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Cr. No. M.J. # 03-900-MBB |
| | ) |
| PEDRO ANTONIO SANTOS, | ) |
| Defendant | ) |

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Paul Sugrue, Deputy United States Marshal, United States Marshal's Service, do hereby make oath before the Honorable Marianne B. Bowler, United States Chief Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Pedro Antonio Santos on a complaint filed in the United States District Court for the Eastern District of New York charging the defendant with conspiracy to import MDMA, a Schedule I controlled substance, in violation of 21 U.S.C. § 952, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
PAUL SUGRUE
Deputy United States Marshal
United States Marshal's Service

Subscribed and sworn to before me
this 2nd day of December 2003

_____
HON. MARIANNE B. BOWLER
UNITED STATES CHIEF MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS