# United States District Court

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

PEDRO ANTONIO SANTOS
a.k.a. Anthony

TO: SPECIAL AGENT WILLIAM E. DAVIS
DRUG ENFORCEMENT ADMINISTRATION

## WARRANT FOR ARREST

CASE NUMBER: **M-02-1871**

YOU ARE HEREBY COMMANDED to arrest <u>PEDRO ANTONIO SANTOS a.k.a. Anthony</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

The defendant, together with others, did knowingly and intelligently conspire to import into the United States from a place outside thereof a substance containing MDMA, a Schedule I controlled substance, in violation of Title 21 U.S.C. § 952.

in violation of Title <u>21</u> United States Code, Section(s) <u>952</u>.

Robert Levy
Name of Issuing Officer

(signature) Robert Levy
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

October 23, 2002
Date and Location

Bail fixed at $ _____ By UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above name defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AW (Rev.EDNY 1996) Warrant for Arrest