## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 12-2-03   Time In Court: 15 min |
| Courtroom Clerk: Saccoccio | Tape Number: Digital Record |
| Case: USA v. Pedro Santos | Case Number: 03-M-900-MBB |
| AUSA: Peter Levitt | Defense Counsel: Martin Richey |
| PTSO/PO: Josh Ulrich | Interpreter: _____ Language: _____ |

### TYPE OF HEARING

**☒ Initial Appearance**
☒ Arrested: Date: 12-2-03
   Charging District: E.D. of NY
☒ on warrant   ☐ on probable cause
☐ Defendant Sworn
☒ Advised of Charges
☒ Advised of Rights
☒ Requests Appointment of Counsel
☐ Will Retain Counsel
☒ Court Orders Counsel be Appointed
☒ Government Requests Detention & Continuance

**☐ Arraignment**
☐ Defendant Waived Reading of Indictment
☐ Defendant Pleads Not Guilty to Counts _____

**☒ Removal Hearing/Rule 40**
☐ Defendant Waives Identity Hearing
☐ Defendant Ordered Removed to Charging District. Order to Issue.
☐ Defendant Released, Conditions Remain/ Modified/Set
☐ Identity Established

**☐ Preliminary Examination (Rule 5 or Rule 32.1)**
☐ Probable Cause Found
☐ Identity Established
☐ Defendant Waives Identity Hearing
☐ Defendant Waives Preliminary Examination

**☐ Detention Hearing**
☐ Defendant Requests a Continuance
☐ Defendant Consents to Voluntary Detention
☐ Defendant Detained, Order to Issue
☐ Defendant Released on _____ with conditions
☐ Detention Taken Under Advisement

**☐ Preliminary Probation Revocation Hearing**
☐ Defendant Ordered Detained
☐ Defendant Released

**☐ Bail Revocation Hearing**
☐ Bail Revoked, Defendant Ordered Detained
☐ Defendant Released, Conditions Remain/Modified
☐ Defendant Released on _____ with Conditions

**☐ Miscellaneous Hearings**
☐ Attorney Appointment Hearing
☐ Change of Plea (Rule 11) Hearing
☐ Material Witness Hearing
☐ Motion Hearing
☐ Initial Status Conference
☐ Interim Status Conference
☐ Final Status Conference
☐ Other _____

### CONTINUED PROCEEDINGS

Prelim. Exam/Rule 40 Hearing/Conference set for December 5, 2003 at 2:30 PM

### REMARKS

Deft. arrested on warrant issued by E.D. of N.Y.; Case # M-02-1871; deft. informed of rights concerning Rule 40 hearings; Gov't. moves for detention continuance; Preliminary Exam/Rule 40 hearing set for December 5, 2003 @ 2:30 PM; deft. remanded to the custody of the U.S. Marshals.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)