# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | X MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

USA V.S. PEDRO SANTOS

FOR: 
AT:

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
▶ Pedro Santos

| | |
|---|---|
| 1 | Defendant—Adult |
| 2 | Defendant - Juvenile |
| 3 | Appellant |
| 4 | Probation Violator |
| 5 | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

DOCKET NUMBERS
Magistrate
03-900-MBB
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) x Felony  ☐ Misdemeanor
21 USC 952

---

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month? $ _____

If married is your Spouse employed? N/A  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No

RECEIVED: $ ~1500.   SOURCES: Alson Asbestos Removal

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

---

**DEPENDENTS**

MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
Gabriel A. Santos - (son)
Nevin Santos (son)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | credit cards | $ 10,000 | $ in collection |
| | Thrifty Rent a Car, Lawrence | $ ~17,000 | $ in collection |
| | rent | $ 100 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ /s/ Pedro Santos
(OR PERSON REPRESENTED)