UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAG. NO. 03-MJ-00900-MBB |
| ) | |
| PEDRO SANTOS ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE**
**REMOVAL AND DETENTION HEARING**

Defendant, Pedro Santos, respectfully moves this Court to continue the removal and detention hearing in this matter to January 20, 2004 at 2:30 p.m. As grounds for this motion, defendant needs additional time to adequately prepare for the hearing.

Assistant United States Attorney Peter Levitt assents to this motion.

PEDRO SANTOS
By his attorney,

J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Peter Levitt by delivery on December 17, 2003.

J. Martin Richey