AO 94 (Rev. 8/85) Commitment to Another District



# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
PEDRO SANTOS

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: MJ# 03-900-MBB

of _____ 21 U.S.C. 952 alleged to have been committed in the __EASTERN__ District of __NEW YORK__.

Brief Description of Charge(s):
CONSPIRACY TO IMPORT A SCHEDULE 1 CONTROLLED SUBSTANCE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

January 20, 2004
Date

Marianne B. Bowler, USMJ
Judicial Officer

---

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

This form was electronically produced by Elite Federal Forms, Inc.